UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re: PEREZ, SAMUEL § Case No. 11-34076
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 25, 2011. The undersigned trustee was appointed on October 25, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $           5,628.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 80.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 3,209.47 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 2,338.53 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/22/2012 and the deadline for filing governmental claims was 04/23/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $604.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $604.63, for a total compensation of $604.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $10.08, for total expenses of $10.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/11/2013        By:/s/GARY D. BOYN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-34076  **Trustee:** (340170) GARY D. BOYN
**Case Name:** PEREZ, SAMUEL  **Filed (f) or Converted (c):** 10/25/11 (f)
 **§341(a) Meeting Date:** 11/30/11
**Period Ending:** 11/11/13  **Claims Bar Date:** 03/22/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1621 WILLIAM HENRY LANE GOSHEN, IN 46526 2004 3 | 62,500.00 | 0.00 | | 0.00 | FA |
| 2 | FIRST STATE BANK CHECKINGS ACCOUNT | 350.00 | 0.00 | | 0.00 | FA |
| 3 | LIVING ROOM SET, DINING ROOM SET, TV, FURNITURE, | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS, CDS, PICTURES | 100.00 | 0.00 | | 0.00 | FA |
| 5 | NECESSARY WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 6 | FURS AND JEWELRY | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | TERM LIFE INSURANCE THROUGH WORK | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 1999 FORD F150 TRUCK WITH 200000 MILES | 1,900.00 | 0.00 | | 0.00 | FA |
| 9 | 2001 DODGE CARAVAN WITH 1450000 MILES | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | 19997 CHEVROLET ASTRO WITH 180000 MILES | 900.00 | 0.00 | | 0.00 | FA |
| 11 | 1997 FORD EXPLORER WITH 205000 MILES | 1,100.00 | 450.00 | | 0.00 | FA |
| 12 | 1996 FORD EXPLORER WITH 195000 MILES | 500.00 | 500.00 | | 0.00 | FA |
| 13 | 2000 CHEVROLET VENTURE WITH 178000 MILES | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14 | '11 TAX REFUNDS  (u) | 0.00 | 4,400.00 | | 5,628.00 | FA |
| 14 | Assets    Totals (Excluding unknown values) | **$74,150.00** | **$6,350.00** | | **$5,628.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

ldtfc: 3/22/12.  Requesting copy of '11 returns.
Based on '10 returns, have not rec'd any info. from debtor re: '11 returns.  Tax Intercept drafted 1/7/13; mailed 1/8/13.
Filed app to hire GDBA 3/5/13.  Received debtor's refund 3/4/13, via intercept, do not have copy of '11 returns yet, sent ltr. to debtor 3/5/13 requesting copy yet again.
Order approving hiring GDBA 3/7/13.  '11 tax return copies received 4/2/13.
Ttee Comp. filed 10/22/13.  Trustee Comp. approved 10/24/13.  Prepare TFR.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-34076 | | Trustee: | GARY D. BOYN (340170) |
|---|---|---|---|---|
| Case Name: | PEREZ, SAMUEL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***5243 | | Blanket Bond: | $114,123,713.00 (per case limit) |
| Period Ending: | 11/11/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/04/13 | {14} | U.S. Treasury | '12 tax refunds owing on '11 refund turnover amount | 1224-000 | 5,628.00 | | 5,628.00 |
| 03/28/13 | 101 | Samuel Perez | Debtor's portion of '11 refunds, intercepted in '12 | 8500-002 | | 3,209.47 | 2,418.53 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,408.53 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,398.53 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,388.53 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,378.53 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,368.53 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,358.53 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,348.53 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,338.53 |
| | | | ACCOUNT TOTALS | | 5,628.00 | 3,289.47 | $2,338.53 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,628.00 | 3,289.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,628.00 | $3,289.47 | |

```
       Net Receipts :       5,628.00
Less Other Noncompensable Items :   3,209.47
                              _____
             Net Estate :     $2,418.53
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******3166 | 5,628.00 | 3,289.47 | 2,338.53 |
| | $5,628.00 | $3,289.47 | $2,338.53 |

{} Asset reference(s)

| Printed: 11/11/13 02:46 PM | | | Claims Distribution Register | | | | Page: 1 |
|---|---|---|---|---|---|---|---|

Case: 11-34076   PEREZ, SAMUEL

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| GDBT | 10/25/11 | 200 | Gary D. Boyn, Trustee<br><2100-00   Trustee Compensation><br>allow p.o. 10/24/13. | 604.63 | 604.63 | 0.00 | 604.63 | 604.63 |
| GDBT | 10/25/11 | 200 | Gary D. Boyn, Trustee<br><2200-00   Trustee Expenses><br>allow p.o. 10/24/13. | 10.08 | 10.08 | 0.00 | 10.08 | 10.08 |
| | | | **Total for Priority 200:   100% Paid** | **$614.71** | **$614.71** | **$0.00** | **$614.71** | **$614.71** |
| | | | **Total for Admin Ch. 7 Claims:** | **$614.71** | **$614.71** | **$0.00** | **$614.71** | **$614.71** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/22/11 | 610 | Carmel Financial Corp<br>101 E Carmel Dr Ste 200<br>Carmel, IN 46032<br><7100-00   General Unsecured § 726(a)(2)> | 7,666.99 | 7,666.99 | 0.00 | 7,666.99 | 990.23 |
| 2 | 12/24/11 | 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)> | 2,383.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 -2 | 12/24/11 | 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)> | 2,383.39 | 2,383.39 | 0.00 | 2,383.39 | 307.83 |
| 3 | 12/24/11 | 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)> | 395.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 -2 | 12/24/11 | 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)> | 395.68 | 395.68 | 0.00 | 395.68 | 51.10 |
| 4 | 01/10/12 | 610 | Midland Funding LLC<br>By Authorized Agent Recoser, LLC<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 587.65 | 587.65 | 0.00 | 587.65 | 75.90 |
| 5 | 01/10/12 | 610 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123<br><7100-00   General Unsecured § 726(a)(2)> | 2,313.23 | 2,313.23 | 0.00 | 2,313.23 | 298.76 |
| | | | **Total for Priority 610:   12.91547% Paid** | **$16,126.01** | **$13,346.94** | **$0.00** | **$13,346.94** | **$1,723.82** |

Printed: 11/11/13 02:46 PM

# Claims Distribution Register

Page: 2

### Case: 11-34076    PEREZ, SAMUEL

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 07/13/12 | 620 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7200-00   Tardy General Unsecured § 726(a)(3)> | 868.23 | 868.23 | 0.00 | 868.23 | 0.00 |
| | | **Priority 620:** | **0% Paid** | | | | | |
| DEBTOR | 10/25/11 | 900 | Samuel Perez<br>515 Dewey Ave.<br>Goshen, IN 46526<br><8500-00   Funds Paid to Third Parties><br>Debtor's portion of '11 refunds, intercepted in '12 | 3,209.47 | 3,209.47 | 3,209.47 | 0.00 | 0.00 |
| | | **Priority 900:** | **100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | $20,203.71 | $17,424.64 | $3,209.47 | $14,215.17 | $1,723.82 |
| | | | **Total for Case :** | $20,818.42 | $18,039.35 | $3,209.47 | $14,829.88 | $2,338.53 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-34076
Case Name: PEREZ, SAMUEL
Trustee Name: GARY D. BOYN

**Balance on hand:** $ 2,338.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,338.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gary D. Boyn, Trustee | 604.63 | 0.00 | 604.63 |
| Trustee, Expenses - Gary D. Boyn, Trustee | 10.08 | 0.00 | 10.08 |

Total to be paid for chapter 7 administration expenses: $ 614.71
Remaining balance: $ 1,723.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,723.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,723.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 13,346.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carmel Financial Corp | 7,666.99 | 0.00 | 990.23 |
| 2 -2 | Atlas Acquisitions LLC | 2,383.39 | 0.00 | 307.83 |
| 3 -2 | Atlas Acquisitions LLC | 395.68 | 0.00 | 51.10 |
| 4 | Midland Funding LLC | 587.65 | 0.00 | 75.90 |
| 5 | Midland Credit Management, Inc. | 2,313.23 | 0.00 | 298.76 |

Total to be paid for timely general unsecured claims:   $   1,723.82
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 868.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | United Consumer Financial Services | 868.23 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**